IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID COVEL, et al.                  :          CIVIL ACTION

                    v.               :

BELL SPORTS, INC., et al.            :          NO. 09-2470

## CIVIL JUDGMENT

Before the Honorable Paul S. Diamond

AND NOW, this 23rd day of July, 2010, in accordance with Interrogatories submitted to the jury and answers thereto,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the Defendants, Bell Sports, Inc. and Performance, Inc. and against the Plaintiffs, David Covell and Margaret Covell, Plenary Guardians of the Person of David F. Covell.

BY THE COURT:

ATTEST:
Deputy Clerk

Civ 1 (8/80)
civjud.frm