IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID COVEL, et al. | : | CIVIL ACTION |
| v. | : | |
| BELL SPORTS, INC., et al. | : | NO. 09-2470 |

## ORDER

AND NOW, this 23rd day of July, 2010, the defendant voluntarily dismissed 3rd Party Defendant, Archdiocese of Philadelphia; it is therefore ORDERED that the Archdiocese of Philadelphia is DISMISSED WITH PREJUDICE, as set forth in open court on July 19, 2010.

IT IS SO ORDERED:

/s/ Paul S. Diamond
_____
PAUL S. DIAMOND, J.