IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID W. COVELL and MARGARET COVELL, plenary guardians of the person of DAVID F. COVELL<br>　　　　Plaintiffs<br>　　vs.<br>BELL SPORTS, INC.,<br>EASTON-BELL SPORTS, INC. and PERFORMANCE, INC., et al.<br>　　　　Defendants<br>　　vs.<br>MICHAEL KENIG and<br>ARCHDIOCESE OF PHILADELPHIA,<br>　　　　Third-Party Defendants | NO. 09-2470<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Notice is hereby given that David W. Covell and Margaret Covell, plenary guardians of the person of David F. Covell, plaintiffs in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from an Order denying Plaintiffs' Motion for a New Trial claim entered in this action on the 8th day of September 2010.

_____
DANIEL L. THISTLE
Attorney I.D. No. 14576
The Thistle Law Firm
1845 Walnut Street, Suite 2350
Philadelphia, PA 19103
215-568-6800
Attorney for David W. Covell and Margaret Covell, plenary guardians of the person of David F. Covell